# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Melvin I. Friedman, Joan L. Friedman,

V.

Citigroup Global Markets, Inc.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   06-CV-830 W (WMc)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

because the Friedman's have not shown that the arbitrator was evidently partial or committed misconduct, the Court hereby denies the Friedman's motion to vacate the arbitration award.

| August 13, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON August 13, 2007

06-CV-830 W (WMc)